SAMUEL GOLDSTEIN, Appellant, *v.* JULIUS E. SCHICK
et al., Respondents.

(Submitted April 17, 1933; decided April 25, 1933.)

*Lloyd B. Kanter* for motion.

*Bennett E. Siegelstein* opposed.

Motion denied, with ten ·dollars costs and necessary
printing disbursements.